IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **RONALD W. WALDEN, JR.,** an individual, | ) ) ) |
| Plaintiff, | ) ) Case No: 2:16-cv-00265-RGD-DEM |
| v. | ) ) ) |
| **KUBER HOSPITALITY CORP.,** a Virginia Corporation, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties and attached to this Notice as Exhibit A.

**Ronald W. Walden, Jr.**


By: /s/ Deborah C. Waters
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA  23510
Telephone: (757) 446-1434
Facsimile:  (757) 446-1438

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2016, I filed the foregoing document via the Court's CM/ECF system, which will make electronic service on all counsel of record, including the following:

Barry Dorans, Esquire
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, VA 23451

                                                      */s/ Deborah C. Waters*
                                                      Deborah C. Waters, Esquire
                                                      Virginia State Bar # 28913
                                                      dwaters@waterslawva.com
                                                      Waters Law Firm, P.C.
                                                      Town Point Center Building, Suite 600
                                                      150 Boush Street
                                                      Norfolk, VA 23510
                                                      Telephone: (757) 446-1434
                                                      Facsimile:  (757) 446-1438

                                                      *Counsel for Plaintiff*